Sampson SNYDER et al., Appellants, v. M. L. CORZINE et al.

No. 13843.

United States Court of Appeals
Eighth Circuit.

Jan. 10, 1949.

Archie M. Suthon and Aubrey C. Evans, both of New Orleans, La., for appellants.

Smith & Sanderson, of Texarkana, Ark., for appellees.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellees.